# United States Court of Appeals
## For the First Circuit

No. 19-2095

THE BLACKSTONE HEADWATERS COALITION, INC.,

Plaintiff, Appellant,

v.

GALLO BUILDERS, INC.; ARBORETUM VILLAGE, LLC;
STEVEN A. GALLO; and ROBERT H. GALLO,

Defendants, Appellees.

**JUDGMENT**

Entered: April 28, 2022

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's grant of summary judgment to the defendants named in Count II of Blackstone Headwaters Coalition, Inc.'s (Blackstone) complaint as to Blackstone's request for declaratory and injunctive relief on that count is reversed; the District Court's grant of summary judgment to the defendants named in Count II of Blackstone's complaint as to Blackstone's request to apply civil penalties to the defendants on that count is affirmed; the District Court's grant of summary judgment to the defendants named in Count I of Blackstone's complaint as to that count is reversed. The matter is remanded to the district for further proceedings consistent with the opinion issued this day. The parties shall bear their own costs.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Timothy S. Hillman, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Brian E. Murphy, James Parker Vander Salm, William D. Jalkut, Charles C. Caldart, Jennifer Scheller Neumann, Matthew Oakes, Nora Jo Chorover, Seth Schofield