**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE BLACKSTONE HEADWATERS COALITION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>GALLO BUILDERS, ARBORETUM VILLAGE, LLC, STEVEN A. GALLO AND ROBERT H. GALLO,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 4:16-40053-MRG |

**JUDGMENT**

**GUZMAN, D.J.**

It is hereby ORDERED, ADJUDGED, AND DECREED that, in accordance with the jury's verdict of December 19, 2025 [ECF 357], and the Consent Decree entered on May 11, 2026 [ECF 384], both incorporated here by reference, having determined that there is no just reason for delay, judgment is entered in favor of the Plaintiff:

Judgment for the Blackstone Headwaters Coalition, Inc..

The Court shall retain jurisdiction over the matter to the extent that the parties require the Court's assistance relative to carrying out the Consent Decree.

By the Court,

August 6, 2026
Date

/s/Suzanne Frisch
Deputy Clerk